UNITED STATES DISTRICT COURT
~~EASTERN~~ DISTRICT OF NEW YORK
Southern

RECEIVED
SDNY DOCKET CLRK
2017 JUN 13  AM 10: 34

Zimmian Tabb
                Plaintiff,

[Insert full name of plaintiff/prisoner]

CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

**17CV 4448**

JURY DEMAND
YES ✓   NO ___

-against-

Austin Hieronymi P.O.
Meiyue Gong, P.O. Sgt
Sgt. Ariana Esteban (Supervisor)
Sgt. Ronzino
          of the 47th pct.

                Defendant(s).

[Insert full name(s) of defendant(s). If you need additional space, please write "see attached" and insert a separate page with the full names of the additional defendants. The names listed above must be identical to those listed in Part I]

I.  **Parties:** (In item A below, place your name in the first blank and provide your present address and telephone number. Do the same for additional plaintiffs, if any.)

  A.  Name of plaintiff   Zimmian Tabb

  If you are incarcerated, provide the name of the facility and address:

  M.C.C. Metropolitan Corr. ~~Facilities~~ Center
  150 Park Row
  New York, New York  10007

  Prisoner ID Number:   67663-054

1

if you are not incarcerated, provide your current address:

M.C.C. 150 PARK ROW
N.Y. N.Y. 10007

Telephone Number: _____

**B. List all defendants.** You must provide the full names of each defendant and the addresses at which each defendant may be served. The defendants listed here must match the defendants named in the caption on page 1.

Defendant No. 1

Austin Hieronymi
Full Name

Police Officer
Job Title

47 Pct.

Address

Defendant No. 2

Meiyue Gong
Full Name

Police Officer Sgt.
Job Title

47 Pct.

Address

Defendant No. 3

Ariana Esteban
Full Name

Job Title

Police Officer Sgt. [Supervisor]

2

Address: **47 Pct.**

Defendant No. 4

Full Name: **Sgt. Ronzino**

Job Title: **Police Officer**

**47 Pct.**

Address:

Defendant No. 5

Full Name:

Job Title:

Address:

## II. Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need <u>not</u> give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

Where did the events giving rise to your claim(s) occur? **Bronx N.Y. 10466**

When did the events happen? (include approximate time and date) **The Event(s) happen in the Bronx and/or About 8/13/2016 at 4AM in the morning.**

- 3 -

Facts: (what happened?) On 8/13/2016 at 4am in the morning I was driving and then, I was stop by plain clothes officers Hieronymi + Gong Sgt... who stopped me with gun squad with guns out... They claiming I was stopped because it was a shooting in the area (one block away) and they alleging someone gave a description of my car. The officers pulled me and my cousin/family member out the car immediately and I was told to stand in the back of my car while 10 to 12 officers unlawfully sreached the car for about 15 mins which nothen was found, and the officers told me and my cousin to get/sit back in the car. The whole time I was not asked to produce/show any I.D. which I offered to show my learners permit. And stated to the officers you [must] have the wrong person. After 5mins... we was told we had active outstanding warrents... which is a serious lie, which I have records to prove that these officers lied. I told the officers I just came from being incarcerated, and I just came from

II.A. Injuries. If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

The plaintiff is undergoing severe mental anguish and severe stress and depression.

being in court for a ticket! There is NO way I have a active warrent. They placed me under arrest and took us to the 47# Pct. And I was helded there for about 4 to 5 hours unlawfully and then transfer to Central Bookings And I was told I Do Not have No warrent.... Oh it was a computer error...... These Defendants Violated my Constitutional Rights they never had "probable cause" to arrest. These Defendants Violated My Fourth Amendment + Fourteeth Amendment, Rights An individual has a Right to be free from unreasonable seizures, including arrest without probable cause the Records

Is clear I Never had a Warrent And I Am in high Hopes that the Court will grant the Relief I Am Looking/Seeking For. All Defendants Are being Sued in their Individual And Official Capacities THis Action is For injunctive, Relief Compensatory, And Punitive damages under U.S.C./1983 And 42 U.S.C./1985.

Dated: June 7Th 2017

III.     Relief: State what relief you are seeking if you prevail on your complaint.

All Defendants Are being Sued in their Individual And official Capacities For Compensatory punitive damages: In the Sum of 1 million Dollars And the plaintiff pray that the Court Honor the Relief I Am Seeking.

I declare under penalty of perjury that on 6·7·2017 (date), I delivered this complaint to prison authorities at MCC NY CC (name of prison) to be mailed to the United States District Court for the ~~southern~~ District of New York.
Southern

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6·7·17

Signature of Plaintiff

Metropolitan Corr. Center
Name of Prison Facility or Address if not incarcerated

MCC 150 Park Row
N.Y. N.Y. 10007
Address

67663-054
Prisoner ID#

rev. 12/1/2015

5

miAn Tabb #67663-054
C. 150 PARK Row
YoRK, New YORK 10007



"Pro-Se Clerk Office"
U.S.D.C.
S.D. of N.Y.

500 PeARl St
(US Courthouse)

New York, New York
10007

10007-131699